**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1709**

GIRAUD HOWARD HOPE,

       Plaintiff - Appellant,

    v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, Office of the Inspector General, Office of Investigations; JOANN M. FRANCIS, Deputy Reviewing Official Exclusion Branch,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:20-cv-00068-RJC-DSC)

Submitted: November 19, 2020          Decided: November 23, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Giraud Howard Hope, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Giraud Howard Hope appeals the district court's order dismissing his civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hope v. Dep't of Health & Human Servs.*, No. 3:20-cv-00068-RJC-DSC (W.D.N.C. June 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*